IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 21 CR 371-5 |
| V. | ) | Judge MATTHEW F. KENNELLY |
| | ) | |
| BIANCA FINNIGAN, | ) | |
| Defendant. | ) | |

*DEFENDANT BIANCA FINNIGAN'S MOTION TO VACATE OR RE-SET SENTENCING DATE*

Defendant BIANCA FINNIGAN, by her attorney ANDREA E. GAMBINO, respectfully requests that this Court vacate or re-set Ms. Finnigan's sentencing date to allow new counsel to complete a Motion to Withdraw Guilty Plea. In support of this motion, defendant states the following:

(1) Defendant Bianca Finnigan retained new counsel on June 21, 2022.

(2) The Court re-set Ms. Finnigan's July sentencing date for September 9, 2022 and indicated that this date was not likely to change. Ms. Finnigan's objections to the PSI and sentencing memorandum were due on August 24, 2022.

(3) Considering counsel's assessment of the case, including review of much of the discovery in the case [review is on-going given the large volume of media files -80,000+]; interviews with Ms. Finnigan and family members; review of the indictment and plea agreement; and research into the relevant case law,

1

counsel has a good faith basis for seeking to withdraw Ms. Finnigan's plea of guilty.

(4)  Counsel has ordered the change of plea transcript on an expedited basis.

(5)  Counsel for Ms. Finnigan also has additional interviews to complete with the aim of securing Affidavits in support of a Motion to Withdraw Ms. Finnigan's guilty plea.

(6)  Counsel for Ms. Finnigan has reviewed the transcripts of the evidentiary hearing held on July 25-26, 2022, as well as the additional Brady request and Motion to Compel filed by co-defendant Vivianna Lopez. The Court's decision with respect to the pending Motion to Dismiss the Indictment may also have a bearing on the Motion to Withdraw Guilty Plea that counsel is preparing.

(7)  Ms. Finnigan is not in custody, so a brief additional delay will not inure to her detriment. She does not object to this request.

(8)  Counsel has consulted with AUSAs Andrew Erskine and Erica Csicsilla about delaying the sentencing date. They do not object to changing the sentencing date.

WHEREFORE, defendant BIANCA FINNIGAN respectfully requests that this Court vacate Ms. Finnigan's sentencing date, pending the filing and resolution of a Motion to Withdraw Guilty Plea, or, in the alternative, re-set Ms. Finnigan's sentencing date to a date in late October or early November to allow sufficient time for counsel to proceed on the Motion to Withdraw Guilty Plea on Ms. Finnigan's behalf.

DATE: August 29, 2022      Respectfully submitted:

By:  s/Andréa E. Gambino
Attorney for Bianca Finnigan

Law Offices of Andréa E. Gambino
53 W. Jackson Blvd., Suite 1332
Chicago, Illinois 60604
(312) 322-0014
agambinolaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent notification of such filing to the following:

Andrew C. Erskine, Esq.
Erica L. Csicsila, Esq.
Assistant United States Attorneys

and I hereby certify that I have mailed by United State Postal Service, or hand-delivered the document to the following non-CM/ECF participants:   N/A.

DATE: August 29, 2022      Respectfully submitted,

By:  s/Andréa E. Gambino
Attorney for Bianca Finnigan

Law Offices of Andréa E. Gambino
53 W. Jackson Blvd., Suite 1332
Chicago, Illinois 60604
(312)322-0014
agambinolaw@gmail.com